# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-267
_____

KRISTINA LEIGHTNER WOOLF,

Appellant,

v.

ANTHONY M. WOOLF,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

September 28, 2018

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

A. Richard Troell and William L. Ketchersid of Ward & Ketchersid, P.A., Destin, for Appellant.

David G. Lohr of Kenny Leigh & Associates, Fort Walton Beach, for Appellee.